**Form 132**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 33 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | gamr |

In re:    Bankruptcy Case No.: 17−23558−GLT

Chapter: 7

**Robert E. Griffin Sr.**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 11/2/17

**Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Griffin, Sr.
    Debtor

Case No. 17-23558-GLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Nov 02, 2017
                       Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
tr             +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
       trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates,
       Series 2005-2 bkgroup@kmllawgroup.com
      James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
      Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc.
       mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
      Russell A. Burdelski    on behalf of Debtor Robert E. Griffin, Sr. atyrusb@choiceonemail.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Thomas Song    on behalf of Creditor   Wells Fargo Bank, NA, as Trustee for etal
       thomas.song@phelanhallinan.com
                                                                                   TOTAL: 12