| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert E. Griffin Sr.** | Social Security number or ITIN | **xxx–xx–1669** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **9/2/17** |
| Case number: **17–23558–GLT** | | Date case converted to chapter **7** | **11/2/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert E. Griffin Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 110 Crescent Garden Drive<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Russell A. Burdelski<br>The Law Offices of Russell A. Burdelski<br>1020 Perry Highway<br>Pittsburgh, PA 15237–2109 | Contact phone 412–366–1511 |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412−644−2700<br>Date: 11/2/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **December 18, 2017 at 02:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/1/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-23558-GLT
Robert E. Griffin, Sr.                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2          Date Rcvd: Nov 02, 2017
                              Form ID: 309B       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
```
db          +Robert E. Griffin, Sr.,    110 Crescent Garden Drive,    Pittsburgh, PA 15235-3537
aty         +Allison L. Carr,    Bernstein-Burkley, PC,    Gulf Tower, Suite 2200,    707 Grant Street,
              Pittsburgh, PA 15219-1945
aty         +James R. Wood,    Portnoff Law Associates, Ltd.,    2700 Horizon Drive,    Suite 100,
              King of Prussia, PA 19406-2726
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty          Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
              Pittsburgh, PA 15219-6107
aty         +Jennifer L. Cerce,    Maiello Brungo & Maiello,    Southside Works,    424 S. 27th Street, Ste 210,
              Pittsburgh, PA 15203-2380
aty         +Matthew Christian Waldt,    Milstead & Associates, LLC,    1 East Stow Road,
              Marlton, NJ 08053-3118
aty         +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
aty         +Thomas Song,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
cr          +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14699652    +ALLEGHENY COUNTY,    C/O JORDAN TAX SERVICE,    7100 BAPTIST ROAD,    Bethel Park, PA 15102-3908
14699653    +ASPEN DENTAL,    PO BOX 390846,    Minneapolis, MN 55439-0846
14699654    +CHASE,    3415 VISION DR,    Columbus, OH 43219-6009
14699655    +CREDIT ACCEPTANCE,    PO BOX 5009,    Southfield, MI 48086-5009
14717581    +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14687791    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14687343    +DEUTSCHE BANK TRUST CO,    c/o SHAPIRO & DENARDO, LLC,    3600 HORIZON DRIVE,    Ste 150,
              King Of Prussia, PA 19406-4702
14687342    +Deutsche Bank National Trust,    1665 Palm Beach Lakes,    Ste 105,
              West Palm Beach, FL 33401-2108
14699659     HCR MANOR CARE SERVICES FACILITY D499,    PO BOX 637602,    Cincinnati, OH 45263-7602
14699660    +MUNICIPALITY OF PENN HILLS,    c/o,    WILKINGSBURG PENN JOINT WATER AUTHORITY,
              2200 ROBINSON BLVD.,    Pittsburgh, PA 15221-1193
14711811    +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14699661     NATIONWIDE INSURANCE,    PO BOX 13958,    Philadelphia, PA 19101-3958
14699662    +OAKMONT WATER AUTHORITY,    721 ALLEGHENY AVENUE,    Oakmont, PA 15139-1901
14699663    +OAKMONT WATER AUTHORITY,    PO BOX 73,    ALLEGHENY AVENUE,    Oakmont, PA 15139-0073
14699664     OCWEN LOAN SERVICING, LLC,    PO BOX 6440,    Carol Stream, IL 60197-6440
14699665    +PENN HILLS BORO,    c/o KEYSTONE COLLECTIONS GROUP,    260 ASTER STREET,
              Pittsburgh, PA 15235-2059
14699666    +PENN HILLS EMS,    12245 FRANKSTOWN ROAD,    Pittsburgh, PA 15235-3494
14699668    +PEOPLES GAS,    PO BOX 644760,    Pittsburgh, PA 15264-4760
14699669     PUBLISHERS CLEARING HOUSE,    c/o PENN CREDIT,    916 S 14TH STREET,    PO BOX 988,
              Harrisburg, PA 17108-0988
14697391    +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
              Pittsburgh, PA 15235-4441
14718627    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14699670    +STATE COLLECTION SERVICE,    PO BOX 6250,    Madison, WI 53716-0250
14699672     ULTIMATE READERS SERVICE,    PO BOX 771747,    Lakewood, OH 44107-0067
14699673    +UPMC HEALTH SERVICES,    PO BOX 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: atyrusb@choiceonemail.com Nov 03 2017 00:43:12     Russell A. Burdelski,
              The Law Offices of Russell A. Burdelski,    1020 Perry Highway,    Pittsburgh, PA  15237-2109
tr          +EDI: BRCCRAWFORD.COM Nov 03 2017 00:43:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
              P.O. Box 355,    Allison Park, PA 15101-0355
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 00:43:34     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust          E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 03 2017 00:43:39
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14699658    +E-mail/Text: kburkley@bernsteinlaw.com Nov 03 2017 00:44:01      DUQUESNE LIGHT COMPANY,
              C/O PETER J. ASHCROFT, ESQ.,    707 GRANT STREET,    STE 2200 GULF TOWER,
              Pittsburgh, PA 15219-1908
14699671    +E-mail/Text: bankruptcydepartment@tsico.com Nov 03 2017 00:43:59      TRANSWORLD SYSTEMS INC.,
              PO BOX 15273,    Wilmington, DE 19850-5273
                                                                                              TOTAL: 6
```

```
District/off: 0315-2          User: gamr                  Page 2 of 2                  Date Rcvd: Nov 02, 2017
                              Form ID: 309B               Total Noticed: 41


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Duquesne Light Company
cr              Select Portfolio Servicing, Inc.
cr              Wells Fargo Bank, NA, as Trustee for etal
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
14699657*      +DEUTSCHE BANK TRUST CO,   c/o SHAPIRO & DENARDO, LLC,   3600 HORIZON DRIVE,   Ste 150,
                 King Of Prussia, PA 19406-4702
14699656*      +Deutsche Bank National Trust,   1665 Palm Beach Lakes,   Ste 105,
                 West Palm Beach, FL 33401-2108
14699667     ##+PENN HILLS SCHOOL DISTRICT,   c/o MAILIEO & BRUNGO,   3301 MCCRADY ROAD,
                 Pittsburgh, PA 15235-5137
                                                                                      TOTALS: 4, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:

    Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
    James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bkgroup@kmllawgroup.com
    James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
    Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
    Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
    Russell A. Burdelski    on behalf of Debtor Robert E. Griffin, Sr. atyrusb@choiceonemail.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    Thomas Song    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee for etal thomas.song@phelanhallinan.com

                                                                                                                              TOTAL: 12