# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __GRIFFIN SR._____ JAD/TPA/CMB/(GLT)

Case Number: __17-23558__

Date of Meeting: __11 / 6 / 17__    Recording # _____

Debtor(s) present ___ or Not Present ✓ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Burdelski_____ (Present ___ or Not Present ✓)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

motion to convert to Ch. 7 pending

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
  ___ 341 Meeting    OR ___ Conciliation Conf.    OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_____Jana Paul_____
Chapter 13 Trustee/Attorney for Trustee