# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT E. GRIFFIN, SR | : | BK. No. 17-23558-GLT |
|          Debtor | : | |
| | : | Chapter No. 7 |
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF | : | |
| OF ACE SECURITIES CORP. HOME EQUITY LOAN | : | Document No. |
| TRUST AND FOR THE REGISTERED HOLDERS OF | : | |
| ACE SECURITIES CORP. HOME EQUITY LOAN | : | Hearing Date: December 21, |
| TRUST, SERIES 2005-HE6, ASSET BACKED PASS- | : | 2017 |
| THROUGH CERTIFICATES | : | |
|          Movant | : | Hearing Time: 10:00 AM |
|          v. | : | |
| ROBERT E. GRIFFIN, SR | : | Objection Date: December |
|          and | : | 4, 2017 |
| ROSEMARY C. CRAWFORD, ESQUIRE (TRUSTEE) | : | |
|          Respondents | | |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on <u>11/14/2017</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| ROSEMARY C. CRAWFORD, ESQUIRE (TRUSTEE)<br>CRAWFORD MCDONALD, LLC., P.O. BOX 355<br>ALLISON PARK, PA 15101<br>crawfordmcdonald@aol.com | KATHLEEN GRIFFIN<br>A/K/A KATHLEEN E. GRIFFIN<br>110 CRESCENT GARDEN DR<br>PITTSBURGH, PA 15235 |
| RUSSELL A. BURDELSKI, ESQUIRE<br>BUDELSKI & CUNNINGHAM, 1020 PERRY HIGHWAY<br>PITTSBURGH, PA 15237<br>atyrusb@choiceonemail.com | ROBERT E. GRIFFIN, SR<br>A/K/A ROBERT GRIFFIN<br>110 CRESCENT GARDEN DR<br>PITTSBURGH, PA 15235 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>ustpregions03.pi.ecf@usdoj.gov | KATHLEEN GRIFFIN<br>A/K/A KATHLEEN E. GRIFFIN<br>102 CRESCENT GARDEN DRIVE<br>A/K/A 102 CRESCENT GARDENS DRIVE<br>PITTSBURGH, PA 15235-3537 |
| | ROBERT E. GRIFFIN, SR<br>A/K/A ROBERT GRIFFIN<br>102 CRESCENT GARDEN DRIVE<br>A/K/A 102 CRESCENT GARDENS DRIVE<br>PITTSBURGH, PA 15235-3537 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

11/14/2017