**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**ROBERT E. GRIFFIN, SR.**<br>            Debtor<br><br>**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004 MERRILL LYNCH MORTGAGE INVESTORS TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-WMC3**<br>            Movant<br>                        v.<br>**ROBERT E. GRIFFIN, SR.**<br>            and<br>**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**<br>            Respondents | **BK. No. 17-23558-GLT**<br><br>**Chapter No. 07**<br><br>**Document No.**<br><br>**Hearing Date: December 21, 2017**<br><br>**Hearing Time: 10:00 AM**<br><br>**Objection Date: December 11, 2017** |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 11/22/2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

RUSSELL A. BURDELSKI, ESQUIRE
BUDELSKI & CUNNINGHAM
1020 PERRY HIGHWAY
PITTSBURGH, PA 15237
atyrusb@choiceonemail.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail

ROBERT E. GRIFFIN, SR.
110 CRESCENT GARDEN DRIVE
PITTSBURGH, PA 15235

KATHLEEN E. GRIFFIN
110 CRESCENT GARDEN DRIVE
PITTSBURGH, PA 15235

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

11/22/2017