# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT E. GRIFFIN, SR<br>　　　　　　　　　　Debtor | BK. No. 17-23558 GLT<br><br>Chapter No. 07 |
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES<br>　　　　　　　　　　Movant<br>　　　v.<br>ROBERT E. GRIFFIN, SR<br>A<br>　　　　　　and<br>ROSEMARY C. CRAWFORD, ESQUIRE (TRUSTEE)<br>　　　　　　　　　　Respondents | Related to Document No. 44<br><br>Hearing Date: December 21, 2017<br><br>Hearing Time: 10:00 AM<br><br>Objection Date: December 4, 2017 |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 44

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on November 14, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than December 4, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: December 14, 2017 | /s/ James A. Prostko, Esquire<br>James A. Prostko, Esq., Id. No.27221<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>Phone Number: 215-563-7000 Ext 31501<br>Fax Number: 215-568-7616<br>Email: james.prostko@phelanhallinan.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> ROBERT E. GRIFFIN, SR <br> Debtor : <br> : <br> HSBC BANK USA, N.A., AS TRUSTEE ON : <br> BEHALF OF ACE SECURITIES CORP. HOME : <br> EQUITY LOAN TRUST AND FOR THE : <br> REGISTERED HOLDERS OF ACE : <br> SECURITIES CORP. HOME EQUITY LOAN : <br> TRUST, SERIES 2005-HE6, ASSET BACKED : <br> PASS-THROUGH CERTIFICATES : <br> Movant : <br> v. : <br> ROBERT E. GRIFFIN, SR : <br> and : <br> ROSEMARY C. CRAWFORD, ESQUIRE : <br> (TRUSTEE) <br> Respondents | BK. No. 17-23558 GLT <br><br> Chapter No. 07 <br><br> Related to Document No. 44 <br><br> Hearing Date: December 21, 2017 <br><br> Hearing Time: 10:00 AM <br><br> Objection Date: December 4, 2017 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 12/14/2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| ROSEMARY C. CRAWFORD, ESQUIRE (TRUSTEE) <br> CRAWFORD MCDONALD, LLC. <br> P.O. BOX 355 <br> ALLISON PARK, PA 15101 <br> crawfordmcdonald@aol.com | KATHLEEN GRIFFIN <br> A/K/A KATHLEEN E. GRIFFIN <br> 110 CRESCENT GARDEN DR <br> PITTSBURGH, PA 15235-3537 |
| | ROBERT E. GRIFFIN, SR <br> A/K/A ROBERT GRIFFIN <br> 110 CRESCENT GARDEN DR <br> PITTSBURGH, PA 15235-3537 |
| RUSSELL A. BURDELSKI, ESQUIRE <br> BUDELSKI & CUNNINGHAM, <br> 1020 PERRY HIGHWAY <br> PITTSBURGH, PA 15237 <br> atyrusb@choiceonemail.com | KATHLEEN GRIFFIN <br> A/K/A KATHLEEN E. GRIFFIN <br> 102 CRESCENT GARDEN DRIVE <br> A/K/A 102 CRESCENT GARDENS DRIVE <br> PITTSBURGH, PA 15235-3537 |
| OFFICE OF THE UNITED STATES TRUSTEE <br> 1001 LIBERTY AVENUE, SUITE 970 <br> PITTSBURGH, PA 15222 <br> ustpregions03.pi.ecf@usdoj.gov | ROBERT E. GRIFFIN, SR <br> A/K/A ROBERT GRIFFIN <br> 102 CRESCENT GARDEN DRIVE <br> A/K/A 102 CRESCENT GARDENS DRIVE <br> PITTSBURGH, PA 15235-3537 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail