**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **ROBERT E. GRIFFIN, SR** : | **BK. No. 17-23558 GLT** |
| **Debtor** : | |
| : | **Chapter No. 07** |
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR** : | |
| **THE POOLING AND SERVICING AGREEMENT** : | **Related to Document No. 52** |
| **DATED AS OF APRIL 1, 2004 MERRILL LYNCH** : | |
| **MORTGAGE INVESTORS TRUST MORTGAGE** : | **Hearing Date: December 21, 2017** |
| **LOAN ASSET-BACKED CERTIFICATES, SERIES** : | |
| **2004-WMC3** : | **Hearing Time: 10:00 AM** |
| **Movant** : | |
| **v.** : | **Objection Date: December 11, 2017** |
| **ROBERT E. GRIFFIN, SR** : | |
| **and** : | |
| **RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)** : | |
| **Respondents** | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY RELATED TO DOCUMENT NO. 52**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on November 22, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than December 11, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: December 14, 2017          */s/ James A. Prostko, Esquire*
                                    James A. Prostko, Esq., Id. No.27221
                                    Phelan Hallinan Diamond & Jones, LLP
                                    Omni William Penn Office Tower
                                    555 Grant Street, Suite 300
                                    Pittsburgh, PA 15219
                                    Phone Number: 215-563-7000 Ext 31501
                                    Fax Number: 215-568-7616
                                    Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **ROBERT E. GRIFFIN, SR** | : | **BK. No. 17-23558 GLT** |
| **Debtor** | : | |
| | : | **Chapter No. 07** |
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR** | : | |
| **THE POOLING AND SERVICING AGREEMENT** | : | **Related to Document No. 52** |
| **DATED AS OF APRIL 1, 2004 MERRILL LYNCH** | : | |
| **MORTGAGE INVESTORS TRUST MORTGAGE** | : | **Hearing Date: December 21, 2017** |
| **LOAN ASSET-BACKED CERTIFICATES,** | : | |
| **SERIES 2004-WMC3** | : | **Hearing Time: 10:00 AM** |
| **Movant** | : | |
| **v.** | : | **Objection Date: December 11, 2017** |
| **ROBERT E. GRIFFIN, SR** | : | |
| **and** | : | |
| **RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 12/14/2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification

Service by First Class Mail

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER,
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

RUSSELL A. BURDELSKI, ESQUIRE
BUDELSKI & CUNNINGHAM,
1020 PERRY HIGHWAY
PITTSBURGH, PA 15237
atyrusb@choiceonemail.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

ROBERT E. GRIFFIN, SR
110 CRESCENT GARDEN DRIVE
PITTSBURGH, PA 15235

KATHLEEN E. GRIFFIN
110 CRESCENT GARDEN DRIVE
PITTSBURGH, PA 15235

RONDA J. WINNECOUR, ESQUIRE
(TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail