FILED
12/15/17 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ROBERT E. GRIFFIN, SR | BK. No. 17-23558-GLT |
| Debtor | |
| | Chapter No. 7 |
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES | Document No. |
| | Hearing Date: December 21, 2017 |
| | Hearing Time: 10:00 AM |
| Movant | Objection Date: December 4, 2017 |
| v. | |
| ROBERT E. GRIFFIN, SR | |
| and | Related to Docket No. 44 |
| ROSEMARY C. CRAWFORD, ESQUIRE (TRUSTEE) | |
| Respondents | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 15th Day of December, , 2017, upon Motion of **HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 102 CRESCENT GARDEN DRIVE, A/K/A 102 CRESCENT GARDENS DRIVE, PITTSBURGH, PA 15235-3537, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_____
Gregory L. Taddonio          drb
UNITED STATES BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23558-GLT
Robert E. Griffin, Sr.                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Dec 15, 2017
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db             +Robert E. Griffin, Sr.,    110 Crescent Garden Drive,    Pittsburgh, PA 15235-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
           Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
            acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
           James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
            trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates,
            Series 2005-2 bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Creditor    HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE
            SECURITIES CORP. et al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James A. Prostko    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee for etal
            pawb@fedphe.com,   james.prostko@phelanhallinan.com
           James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
            jwood@ecf.inforuptcy.com
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
           Jerome B. Blank    on behalf of Creditor    HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE
            SECURITIES CORP. et al. pawb@fedphe.com
           Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
            mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
           Russell A. Burdelski    on behalf of Debtor Robert E. Griffin, Sr. atyrusb@choiceonemail.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
           Thomas  Song    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee for etal
            thomas.song@phelanhallinan.com
           William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                   TOTAL: 15