**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert E. Griffin Sr.** | | Social Security number or ITIN  **xxx–xx–1669** |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–23558–GLT**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert E. Griffin Sr.

2/21/18

**By the court:**  Gregory L. Taddonio
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23558-GLT
Robert E. Griffin, Sr.                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Feb 21, 2018
                             Form ID: 318              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db            +Robert E. Griffin, Sr.,    110 Crescent Garden Drive,    Pittsburgh, PA 15235-3537
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
               Southfield, MI 48034-8331
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14699652      +ALLEGHENY COUNTY,    C/O JORDAN TAX SERVICE,    7100 BAPTIST ROAD,    Bethel Park, PA 15102-3908
14699653      +ASPEN DENTAL,    PO BOX 390846,    Minneapolis, MN 55439-0846
14699654      +CHASE,    3415 VISION DR,    Columbus, OH 43219-6009
14699655      +CREDIT ACCEPTANCE,    PO BOX 5009,    Southfield, MI 48086-5009
14717581      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14687791      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14687343      +DEUTSCHE BANK TRUST CO,    c/o SHAPIRO & DENARDO, LLC,    3600 HORIZON DRIVE,    Ste 150,
               King Of Prussia, PA 19406-4702
14687342      +Deutsche Bank National Trust,    1665 Palm Beach Lakes,    Ste 105,
               West Palm Beach, FL 33401-2108
14699659       HCR MANOR CARE SERVICES FACILITY D499,    PO BOX 637602,    Cincinnati, OH 45263-7602
14699660      +MUNICIPALITY OF PENN HILLS,    c/o,    WILKINGSBURG PENN JOINT WATER AUTHORITY,
               2200 ROBINSON BLVD.,    Pittsburgh, PA 15221-1193
14711811      +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14699661       NATIONWIDE INSURANCE,    PO BOX 13958,    Philadelphia, PA 19101-3958
14699662      +OAKMONT WATER AUTHORITY,    721 ALLEGHENY AVENUE,    Oakmont, PA 15139-1901
14699663      +OAKMONT WATER AUTHORITY,    PO BOX 73,    ALLEGHENY AVENUE,    Oakmont, PA 15139-0073
14699664       OCWEN LOAN SERVICING, LLC,    PO BOX 6440,    Carol Stream, IL 60197-6440
14699665      +PENN HILLS BORO,    c/o KEYSTONE COLLECTIONS GROUP,    260 ASTER STREET,
               Pittsburgh, PA 15235-2059
14699666      +PENN HILLS EMS,    12245 FRANKSTOWN ROAD,    Pittsburgh, PA 15235-3494
14699668      +PEOPLES GAS,    PO BOX 644760,    Pittsburgh, PA 15264-4760
14699669       PUBLISHERS CLEARING HOUSE,    c/o PENN CREDIT,    916 S 14TH STREET,    PO BOX 988,
               Harrisburg, PA 17108-0988
14697391      +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
               Pittsburgh, PA 15235-4441
14718627      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14699670      +STATE COLLECTION SERVICE,    PO BOX 6250,    Madison, WI 53716-0250
14699672       ULTIMATE READERS SERVICE,    PO BOX 771747,    Lakewood, OH 44107-0067
14699673      +UPMC HEALTH SERVICES,    PO BOX 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRCCRAWFORD.COM Feb 22 2018 02:03:00     Rosemary C. Crawford,    Crawford McDonald, LLC.,
               P.O. Box 355,    Allison Park, PA 15101-0355
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:16:45     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14699658      +E-mail/Text: kburkley@bernsteinlaw.com Feb 22 2018 02:17:34     DUQUESNE LIGHT COMPANY,
               C/O PETER J. ASHCROFT, ESQ.,    707 GRANT STREET,    STE 2200 GULF TOWER,
               Pittsburgh, PA 15219-1908
14699671      +E-mail/Text: bankruptcydepartment@tsico.com Feb 22 2018 02:17:30     TRANSWORLD SYSTEMS INC.,
               PO BOX 15273,    Wilmington, DE 19850-5273
14738426       EDI: AIS.COM Feb 22 2018 02:03:00     Verizon,    by American InfoSource LP as agent,
               PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                        TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
cr             Duquesne Light Company
cr             HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE S
cr             Select Portfolio Servicing, Inc.
cr             Wells Fargo Bank, NA, as Trustee for etal
cr*           +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr*           +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
               Pittsburgh, PA 15235-4441
14699657*     +DEUTSCHE BANK TRUST CO,    c/o SHAPIRO & DENARDO, LLC,    3600 HORIZON DRIVE,    Ste 150,
               King Of Prussia, PA 19406-4702
14699656*     +Deutsche Bank National Trust,    1665 Palm Beach Lakes,    Ste 105,
               West Palm Beach, FL 33401-2108

```
District/off: 0315-2          User: admin              Page 2 of 2             Date Rcvd: Feb 21, 2018
                              Form ID: 318             Total Noticed: 33

14699667      ##+PENN HILLS SCHOOL DISTRICT,   c/o MAILIEO & BRUNGO,   3301 MCCRADY ROAD,
                Pittsburgh, PA 15235-5137
                                                                       TOTALS: 5, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates,
           Series 2005-2 bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee for etal
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE
           SECURITIES CORP. et al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE
           SECURITIES CORP. et al. pawb@fedphe.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
          Russell A. Burdelski    on behalf of Debtor Robert E. Griffin, Sr. atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song    on behalf of Creditor    Wells Fargo Bank, NA, as Trustee for etal pawb@fedphe.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                       TOTAL: 15
```